UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RODNEY COX,

                Plaintiff,

-against-

EDWARD R. DONNELLY,
Superintendent of Wende Correctional
Facility; and ELIOT SPITZER, New York
State Attorney General,

                Respondents.
-----------------------------------------------------------------X

JUDGMENT
99-CV- 8216 (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

BROOKLYN OFFICE

      A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on December 9, 2004, granting the petition for a writ of habeas corpus; ordering that the petitioner shall be released unless within sixty days the state commences prosecution or takes other action appropriate in light of this decision; and directing that this decision is stayed until all appellate proceedings are completed and a final mandate is received by this Court; it is

      ORDERED and ADJUDGED that the petition for a writ of habeas corpus is granted; that the petitioner be released within sixty days unless the state commences prosecution or takes other action appropriate in light of this decision; and that this decision is stayed until all appellate proceedings are completed and a final mandate is received by this Court.

Dated: Brooklyn, New York
       October 18, 2005

                                                   ROBERT C. HEINEMANN
                                                   Clerk of Court